**Order entered November 15, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00670-CV

## CHIQUITA GATSON, Appellant

## V.

## EPIC METRIX INC. WELLS AUTO GROUP, Appellee

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-00986-2021**

## ORDER

Before the Court is appellant's November 12, 2021 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **December 6, 2021**. We caution appellant that further extension requests will be disfavored.

/s/    CRAIG SMITH
        JUSTICE